**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**

HERSCHENIA BROWN )
)
**Plaintiff(s),** )
)
**v.** ) **Case No.** 5:24-cv-04112-JWB-RES
)
UNIVERSITY OF KANSAS )
)
**Defendant(s).** )
)

**MOTION FOR APPOINTMENT OF COUNSEL**
**AND DECLARATION OF GOOD FAITH EFFORTS TO OBTAIN COUNSEL**

I, Herschenia Brown, ask the court to appoint counsel, i.e. an attorney to represent me in this case. I understand that any false statements in this motion will subject me to penalties of perjury.

I understand that in civil cases, there is no constitutional right to an appointed attorney. While the court may appoint an attorney to represent me, it does so only in rare cases. I understand that if the court does not appoint an attorney, I must be prepared to represent myself going forward in this case.

I understand that in deciding whether to appoint an attorney, the court will consider a variety of factors, including but not limited to the following: (1) the merits of my claims; (2) the nature and complexity of factual and legal issues raised in the claims; (3) my ability to present the claims; (4) my financial ability to pay an attorney; and (5) my diligence in attempting to secure an attorney.

I understand that with regard to the fifth factor, I must show that I have made a reasonably

diligent effort under the circumstances to obtain an attorney to represent me. I understand that the court's Pro Se Guide (pages 26-27) suggests possible ways to find an attorney and/or obtain legal advice.

I understand that the court typically requires that before seeking an appointed attorney, a plaintiff confer with (not merely contact) at least five attorneys regarding legal representation. Below is a list of the attorneys that I have contacted, a detailed description of the efforts that I made to obtain representation, and the responses that I received:

(1) Name of Attorney Christopher Peoples
Firm Name Riling, Burkhead & Nitcher Incorporated
Address 808 Massachusetts St
Date(s) of Contact 10/11/24
Method of Contact Phone and email
Response Received Yes (see attached). Does not take cases on contingency fee.

(2) Name of Attorney Anita Chambers
Firm Name Employment Law Group
Address 1717 K Street NW, St 110, Washington, DC 20006-5345
Date(s) of Contact 11/16/23 (initial), and again on 9/27/24
Method of Contact Phone and email
Response Received Yes (see attached). I cannot afford her fees.

(3) Name of Attorney Eric Vernon
Firm Name Baldwin and Vernon, LLC
Address 108 S. Pleasant St, Independence, MO. 64050
Date(s) of Contact 11/12/24
Method of Contact Phone and email
Response Received Yes (see attached). He stated the time to file was too close.

4) Name of Attorney Paralegal - Jazmine Tarjali on behalf of attorneys
Firm Name Ben Crump Law, PLLC
Address 633 Pennsylvania Ave, Floor 2, Washington, DC 20004 (main)
Date(s) of Contact 12/5/23 and again on 10/3, 10/9, and 10/11
Method of Contact Online form and phone
Response Received Yes (see attached). They wanted a RTS 1st, then it was hard to connect w/ office

(5) Name of Attorney Robert Bruce
Firm Name Doyle and Bruce, LLC
Address 748 Ann Ave, Kansas City, KS 66101
Date(s) of Contact 10/8/2024
Method of Contact Email
Response Received Yes (see attached). Conflict of interest with the university.

(6) Name of Attorney Paralegal - Steven Hamilton
Firm Name Brown & Curry
Address 1600 Genessee St, Ste. 956, Kansas City, MO. 64102
Date(s) of Contact 10/19/24
Method of Contact Online form
Response Received Yes (see attached). They declined request for representation.

*(attach additional sheets, if necessary)*

I understand that I am required to establish that I am financially unable to retain my own attorney.

I have already completed and filed an Affidavit of Financial Status.

Yes ☑ No ☐

*OR*

I have completed and am now filing an Affidavit of Financial Status along with this motion.

Yes ☑ No ☐

In addition to the foregoing, I believe that the court should consider the following additional information:

The attorneys who were willing to take on my case did not offer contingeny-fee basis

cases. I've been unable to obtain employment & exhaused my funds (see attached). I am petitioning the court to assign an attorney because I need representation. Thank you

*(attach additional sheets, if necessary)*

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on 11/25/24.
(Date)

Signature of Plaintiff

Herschenia Brown
Name (print or type)

5555 W. 6th St
Address

Lawrence, KS. 66049
City State Zip Code

(708) 302-0156
Telephone Number

hsabrown@yahoo.com
E-Mail Address

**CERTIFICATE OF SERVICE**

(For Registered Electronic Filing Users)

I hereby certify that on 11/25/24 (Date), I electronically filed the foregoing document with the clerk of the court by using the CM/ECF system which will send a notice of electronic filing to the following:

Herschenia Brown at hsabrown@yahoo.com.

*[list parties that are CM/ECF participants: for represented parties list the name and address of attorney(s) for each party; for unrepresented parties list the name and address of each party]*

I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail, postage prepaid, to the following non-CM/ECF participants:

*[list parties that are not CM/ECF participants: for represented parties list the name and address of attorney(s) for each party; for unrepresented parties list the name and address of each party]*

s/ Herschenia

Name Herschenia Brown

Address 5555 W. 6th St., C1

Lawrence, KS. 66049

Phone Number (708) 302-0156

Email Address hsabrown@yahoo.com

**CERTIFICATE OF SERVICE**

(For Pro Se Filers Who Are Not Registered Electronic Users)

I hereby certify that on ______________________, I served the foregoing document by depositing a true and
(Date)
correct copy of the document in the U.S. Mail, postage prepaid, addressed to the following:

*[for represented parties list the name and address of attorney(s) for each party; for unrepresented parties list the name and address of each party]*

s/ ____________________________________________

Name ____________________________________________

Address ____________________________________________

____________________________________________

Phone Number ____________________________________________

Email Address ____________________________________________