# LegalShield File #KS-H34-JPE

**From:** Kansas Docs (ksdocs@rilinglaw.com)

**To:** hsabrown@yahoo.com

**Date:** Thursday, November 14, 2024 at 10:54 AM CST

Ms. Brown:

I spoke with the supervising attorney, he said this is not the kind of case that an attorney will take on a contingency fee basis.  He said you will need to sign the fee agreement we sent you and pay the retainer before the attorney can do anything further.

```
Laura Pyeatt, Legal Assistant
Riling, Burkhead & Nitcher, Chartered
808 Massachusetts
PO Box B
Lawrence, Kansas 66044
(785) 841-4700
(785) 843-0161 Fax
```

>CONFIDENTIALITY NOTICE:  The information contained in this email belongs to the sender which is confidential and may be legally privileged. The information is intended only for the use of the individual or entity named above. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, or the taking of any action in reliance on the contents of this email is strictly prohibited. If you have received this email in error, please immediately delete and destroy all copies of the original email and its attachments, and notify the sender.

**From:** Herschenia Brown <hsabrown@yahoo.com>
**Sent:** Thursday, November 14, 2024 10:36 AM
**To:** Laura Pyeatt <lpyeatt@rilinglaw.com>
**Subject:** FW: Complete with Docusign: Fee Agreement - Doc Review.pdf

Hi, Laura.

At this juncture, I really need legal representation. A couple of attorneys have already reviewed the documents, but their fees were too steep.

The main documents were sent and I assume he had the chance to review the most important ones (he asked for that the university would have a copy). Because I need to file by 12/2, time is of the essence and I need to be very meticulous with any financial investment, I would need to know if the attorney is willing to represent me.

Thank you for understanding.

Best regards,

Herschenia Brown

-------- Original message --------
From: Laura Pyeatt via Docusign <dse@docusign.net>
Date: 11/14/24 8:30 AM (GMT-06:00)

To: Herschenia Brown <hsabrown@yahoo.com>
Subject: Complete with Docusign: Fee Agreement - Doc Review.pdf



Laura Pyeatt sent you a document to review and sign.

**REVIEW DOCUMENT**

**Laura Pyeatt**
Lpyeatt@rilinglaw.com

Ms. Brown:
If you would like to have the attorney review the documents and advise you on them, please sign the fee agreement. Once we have the signed fee agreement, we will text you a link to pay the $382.50 fee.
Thank you,
Riling, Burkhead & Nitcher

**Do Not Share This Email**
This email contains a secure link to Docusign. Please do not share this email, link, or access code with others.

**Alternate Signing Method**
Visit Docusign.com, click 'Access Documents', and enter the security code:
9915AF9A683948398D6EF33B52F739AD1

**About Docusign**
Sign documents electronically in just minutes. It's safe, secure, and legally binding. Whether you're in an office, at home, on-the-go -- or even across the globe -- Docusign provides a professional trusted solution for Digital Transaction Management™.

**Questions about the Document?**
If you need to modify the document or have questions about the details in the document, please reach out to the sender by emailing them directly.

**Stop receiving this email**

[Report this email](#) or read more about [Declining to sign](#) and [Managing notifications](#).

If you have trouble signing, visit "[How to Sign a Document](#)" on our [Docusign Support Center](#), or browse our [Docusign Community](#) for more information.

[Download the Docusign App](#)

This message was sent to you by Laura Pyeatt who is using the Docusign Electronic Signature Service. If you would rather not receive email from this sender you may contact the sender with your request.