# RE: NELA Kansas Employment Attorney

From:  Robert Bruce (robert@kclaw.com)

To:    hsabrown@yahoo.com

Date:  Wednesday, October 9, 2024 at 09:50 AM CDT

I apologize, but we will have a conflict with the University of Kansas. I would suggest contacting The Kansas Bar Association or Brown, Curry & Duggan (816-756-5458).

Best of luck to you,

Robert A. Bruce
Attorney
Doyle & Bruce LLC
748 Ann Ave, Kansas City, KS 66101
Office (913) 543-8558
Direct (913) 379-1083
Fax (913) 543-3888
Robert@KCLaw.com



www.KCLaw.com

**From:** Herschenia Brown <hsabrown@yahoo.com>
**Sent:** Tuesday, October 8, 2024 12:15:57 AM
**To:** Robert Bruce <robert@kclaw.com>
**Subject:** NELA Kansas Employment Attorney

Good morning, Attorney Bruce.

I found your name after researching NELA for an employment law attorney in Kansas. My purpose for writing is that I have a Right to Sue from the EEOC against the University of Kansas and seeking an attorney for the negotiations portion of my case. If possible, I would like to avoid litigation (deadline for filing is the beginning of December).

Please let me know if this is something you are able to do, and if so, what information I would need to provide. If you can please share your rates that would be greatly appreciated.

I look forward to hearing from you soon.

Best regards,

Ms. Brown