## Re: Seeking an Employment Law Attorney

| | |
|---|---|
| From: | Eric Vernon (eric@bvalaw.net) |
| To: | hsabrown@yahoo.com |
| Cc: | eric@bvalaw.net; BVATeam@bvalaw.net |
| Date: | Wednesday, November 13, 2024 at 03:53 PM CST |

Herschenia,

Thank you for talking to me this afternoon and sharing your story.

When I went to talk to my partner and associate, they were not pleased with me for asking if we could file a lawsuit by the first week of December.

I want you to know that I think you may have a valuable lawsuit. It sounds like you might be able to convince a jury that the supervisor retaliated against you.

However, given the short time frame to file, and the other difficulties with the case, my firm has decided to decline representing you.

Because of the short time frame (File a petition by December 4!), you need to keep trying to find a lawyer this week.

I am going to give you three names of lawyers who practice in Kansas more than we do, and who, I believe, take cases on a contingency basis.

I have not told these other lawyers about you or your case - I will let you do that. Don't feel limited to these three - but please give them a call and see if any of them are wiling to file your lawsuit.

Kristi Kingston - https://elgkc.com/kristi-kingston

Heather Schlozzman and Mark Dugan   https://www.duganschlozman.com/attorneys/

Luanne Leeds, **Address**: 1701 SW Fairlawn Rd, Topeka, KS 66604. **Phone:** (785) 845-8231

Sorry we can't help you, but I wish you the best of luck.

Eric
Eric Vernon
***Baldwin and Vernon, LLC***
108 S. Pleasant St.
Independence, MO 64050
816-842-1102 office
816-830-1536 Cell
eric@bvalaw.net
www.baldwinvernon.com

> Good afternoon,
>
> I am writing because I researched the KCMBA to find an employment law attorney regarding discrimination and retaliation by my former employer, University of Kansas. I now have a RTS from the EEOC and seeking representation.
>
> I hope to hear from you soon.

Best regards,

Herschenia Brown