RE: The Employment Law Group: Confirmation For Your Consultation

From: Lucy Dagnillo (ldagnillo@employmentlawgroup.com)

To: hsabrown@yahoo.com

Date: Monday, September 30, 2024 at 10:59 AM CDT

SENT ON BEHALF OF ANITA CHAMBERS:

Herschenia: Thanks for reaching out. In our notes from our earlier call, you told TELG you wanted 3 or 4 years of pay, plus emotional distress, and other ancillary damages. In light of those objectives (or anything near a year of pay), TELG would need to perform an evaluation of your legal claims as it is unlikely we could reach that amount of settlement in early settlement discussions. Further, since you have now filed an EEOC charge and filed a right-to-sue notice, we would need to evaluate your claim to ensure we could file suit within the 90-day deadline.

For an evaluation, we require a $7,500 retainer for the evaluation, the evaluation costs about $15,000. After that for litigation, it is another $15,000, and the costs go up from there if you continue with your litigation. Please also note that since you now have a right-to-sue notice, you must file your case in federal court within 90 days of the date of the letter, or you will lose your right to pursue those claims forever.

If you are interested in evaluation of your claims, let us know and we will send you an evaluation engagement letter.

Thanks,
Anita

**From:** Herschenia Brown <hsabrown@yahoo.com>
**Sent:** Friday, September 27, 2024 6:02 PM
**To:** Lucy Dagnillo <ldagnillo@employmentlawgroup.com>
**Subject:** Re: The Employment Law Group: Confirmation For Your Consultation

Hi, Lucy.

I had a consultation with Attorney Anita Chambers on 11/22/23 and wanted to know if ELG offers legal advice on negotiating settlements.

I finally had my interview with the EEOC on 7/5/24 (deadline was 8/13/24). The EEOC did not move forward with mediation but did issue a Right to Sue on 9/3/24. I submitted a letter to my former employer on 9/16/24 to know if they would be interested in negotiations to settle, otherwise I would file suit in federal court (deadline is 12/3/24). They just responded today that they are requesting I send a proposal for their review in good faith.

I prefer not to seek full legal representation unless I ultimately wind up filing a lawsuit. At this juncture, I am just seeking guidance on drafting effective language to lay out my interests of demands to propose. If this is something that Attorney Chambers does, what would be her fee and estimated hours?

I look forward to hearing from you soon.

Best regards,

Herschenia Brown

On Thursday, November 16, 2023 at 03:57:52 PM CST, Lucy Dagnillo <ldagnillo@employmentlawgroup.com> wrote:

Dear Herschenia Brown,

It was a pleasure speaking with you today. I have scheduled your phone consultation for 1:30pmET on Wednesday November 22, 2023. Principal Attorney Anita Chambers will call you at the following number:

(708) 302-0156

Thank you for choosing The Employment Law Group. We look forward to assisting you.

Sincerely,

_____

**Lucy Dagnillo**
Client Services Specialist

Direct: 202.261.2807
Email: LDagnillo@employmentlawgroup.com





**NOTICE:** This message and any attached files were sent from a law firm. They may contain information that is privileged, confidential, proprietary, or otherwise legally protected. If you are not an intended recipient, you are NOT authorized to keep this message or its attachments, to copy them, to forward them, or to disseminate them in any other way, in whole or in part. Instead, please report the error and then delete the message and any attachments. You can report misdirected email here — or just reply to this email to notify the sender.

_____

**Lucy Dagnillo**
Senior Client Services Specialist

Direct: 202.261.2807
Email: ldagnillo@employmentlawgroup.com





**NOTICE:** This message and any attached files were sent from a law firm. They may contain information that is privileged, confidential, proprietary, or otherwise legally protected. If you are not an intended recipient, you are NOT authorized to keep this message or its attachments, to copy them, to forward them, or to disseminate them in any other way, in whole or in part. Instead, please report the error and then delete the message and any attachments. You can report misdirected email here — or just reply to this email to notify the sender.