## Your Legal Matter

| | |
|---|---|
| From: | Steven Hamilton (steven@brownandcurry.com) |
| To: | hsabrown@yahoo.com |
| Date: | Thursday, October 10, 2024 at 05:35 PM CDT |

Good afternoon Ms. Brown,

After reviewing the details of your case, our attorneys have determined that we are unable to provide you with representation at this time. However, this decision does not reflect the merits of your case; rather, it is a reflection of our current caseload.

Below, please find the contact information of a few attorneys that may be able to help you. I hope you find this information helpful and I wish you luck with your case.

Siro, Smith, Dickson - Ask for Athena Dickson
(816) 471-4881

Lynne Bratcher - Bratcher, Gockel Law
(816) 221-1614

Stephen Williams - Stephen Williams Law
(816) 285-6008

Popham Law - Cooper Mach
1-844-243-2288

Jon McCoy - Carter Law
(816) 476-9248

--
Regards,
Steven Hamilton
Paralegal
Brown & Curry
1600 Genessee St. #956
Kansas City, MO 64102
Phone: (816) 756-5458

Fax: (816) 666-9596

CONFIDENTIALITY NOTICE: This transmittal and accompanying documents are privileged and confidential, intended solely for the use and viewing by the addressee named above and no one else. If you receive this transmittal in error, please immediately inform the sender and delete and destroy this transmittal and any accompanying documents. Thank you.