## Your Potential Employment Discrimination Legal Inquiry

From:   Jazmine Tarjali (jazmine@bencrump.com)

To:      hsabrown@yahoo.com

Date:   Tuesday, December 5, 2023 at 01:27 PM CST

Hello Herschenia,

Thank you for contacting Ben Crump Law regarding your potential employment discrimination case. I received your inquiry and would like to speak with you. I have tried to contact you by phone and left a message for you. Please call our office at (800) 859-9999 or answer the following questions in order for us to review your case:

1. How old are you?
2. At what location did you work for (Name/Address)?
3. When did you begin working there (Month/Year)?
4. What was your title when you began working there?
5. What is/was your most recent title at the company?
6. Are you still working there?
7. If you are not still working there, when did you stop working there and why?
8. On what ground were you discriminated against?
9. Please describe what happened to you.
10. Did you notify your managers of the incident(s)?
11. Did you notify Human Resources?
12. Did you file a claim of discrimination with the Equal Employment Opportunity Commission (EEOC)?
a. If yes, when did you file it and what resulted?

I look forward to hearing from you

**Jazmine Tarjali**
*Paralegal*
800-859-9999 Telephone
800-770-3444 Fax
jazmine@bencrump.com
BenCrump.com